UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-02599-SVW-PVC | Date | July 18, 2022 |
|---|---|---|---|
| Title | John C. Vernile v. Pacifica Foundation, Inc. | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Amy Diaz | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Stephen R. Jaffee

Appearing by Zoom:
Matthew B. Learned
Arthur Z. Schwartz

**Proceedings:**     STATUS CONFERENCE

Conference held. The Court adopts the procedure proposed by counsel, and sets the following schedule:

Filing of Simultaneous Summary Judgment Motions. . . . . . . . . . . . . . . . . . . . . . .  August 1, 2022
Simultaneous Responses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  August 15, 2022

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  August 22, 2022 at 1:30 p.m.

:     40

Initials of Preparer     PMC