**FOR PURPOSE LAW GROUP**
May L. Harris, Esq. (Cal. SBN 211210)
Matthew B. Learned, Esq. (Cal. SBN 255499)
408 Nutmeg St.
San Diego, CA 92103
Tel:   (619) 780-3839
Fax:   (619) 780-2451
Email: mlearned@forpurposelaw.com

Attorneys for Respondent,
Pacifica Foundation Inc., a California nonprofit public benefit corporation

ARTHUR Z. SCHWARTZ
Advocates for Justice, Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007
Tel.: 212-285-1400
Fax: 212-285-1410
Email: aschwartz@afjlaw.com

Attorneys for Respondent,
Pacifica Foundation Inc., a California nonprofit public benefit corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. VERNILE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>PACIFICA FOUNDATION INC., a California Nonprofit Public Benefit Corporation,<br><br>　　　　　Respondent.<br>_____<br>PACIFICA FOUNDATION INC., a California Nonprofit Public Benefit Corporation,<br><br>　　　　　Cross-Petitioner,<br><br>　vs.<br>JOHN C. VERNILE,<br><br>　　　　　Cross-Respondent. | Case No.  2:22-cv-02599-SVW-PVC<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br>**[FRCP 56]**<br><br>**Date**: August 22, 2022<br>**Time**: 1:30 PM<br>**Courtroom**: 10A<br>**Judge**: Hon. Stephen V. Wilson |

1

**POINTS AND AUTHORITIES IN SUPPORT OF PACIFICA FOUNDATION INC.'S MOTION FOR SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON August 22, 2022 at 1:30 p.m., or soon thereafter as the matter may be heard, in Courtroom 10A before the Honorable Stephen V. Wilson of the United States District Court, Central District of California, First Street Courthouse located at 350 W. 1st Street, 10th Floor, Los Angeles, California 90012, Respondent Pacifica Foundation Inc.'s ("Pacifica") Motion to for Summary Judgment (the "Motion") will come on for hearing.

PLEASE TAKE FURTHER NOTICE THAT the Motion will be made pursuant to the Court's July 18, 2022 minute order (Dckt. No. 45) and on the basis that the arbitrator exceeded her authority and adopted procedures that were patently prejudicial to Pacifica when she issued her arbitration award.

PLEASE TAKE FURTHER NOTICE THAT this Motion is based this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Arthur Schwartz, Esq. and Pacifica's Separate Statement of Undisputed Material Facts submitted concurrently herewith, the records on file in this action, and on such evidence as may be presented at the hearing.

Dated: August 1, 2022            **FOR PURPOSE LAW GROUP**

                                          By:   /s/ Matthew B. Learned
                                              Matthew B. Learned, Esq.
                                              Attorney for Respondent,
                                              Pacifica Foundation Inc.

Dated: August 1, 2022            **ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS**

                                          By:   /s/ Arthur Z. Schwartz
                                              Arthur Z. Schwartz, Esq.
                                              Proposed Attorney for Respondent,
                                              Pacifica Foundation Inc., *Pro Hac Vice*