1  STEPHEN R. JAFFE (SBN 49539)
   The Jaffe Law Firm
2  1 Sansome Street, Suite 3500
   San Francisco, CA 94104
3  415-618-0100
4  stephen.r.jaffe@jaffetriallaw.com

5  ARTHUR W. LAZEAR (SBN 083603)
   LAZEAR MACK
6  35111-F Newark Blvd. #275
   Newark, CA 94560
7  Telephone: (510) 735-6316
8  Email: arthur@lazearmack.com

9  Attorneys for Petitioner JOHN C. VERNILE

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12 **JOHN C. VERNILE**,                    )    2:22-civ-02599-SVW-PVC
                                           )
13          Petitioner,                    )
                                           )    **NOTICE OF MOTION FOR**
14     vs.                                 )    **SUMMARY JUDGMENT [FRCP 56]**
                                           )
15 **PACIFICA FOUNDATION, INC.**, a        )    Date:     **August 22, 2022**
   California nonprofit corporation,       )    Time:     **1:30 PM**
16                                         )    **Courtroom   10A**
          Defendant.                       )
17

18

19

20

21

22      TO THE COURT AND TO ALL INTERESTED PARTIES:

23      PLEASE TAKE NOTICE: that on August 22, 2022 at the United States District Court,

24 located at 350 West First Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, at

25 the hour of 1:30 PM or as soon thereafter as counsel may he heard, pursuant to Federal Rule of

26 Civil Procedure 56, the petitioner, John C. Vernile, will move the court for an order granting

27 summary judgment in favor of the petitioner and against the respondent in this action. The

28 motion for summary judgment will be based on this Notice, on the Memorandum of Points and

1
**NOTICE OF MOTION FOR SUMMARY JUDGMENT [FRCP 56]**

1  Authorities in support filed herein, the Declaration of Stephen R. Jaffe, the Statement of
2  Undisputed Facts, on such other documents and evidence as may be submitted to the court and
3  upon the oral argument of counsel at the time of hearing.  This motion is made on the ground that
4  there is no genuine dispute as to any material fact and that the petitioner, John C. Vernile, is
5  entitled to judgment as a matter of law.

Dated: August 1, 2022                                         THE JAFFE LAW FIRM

                                                                             LAZEAR MACK

                                                                             By:_____/s/_____
                                                                               Stephen R. Jaffe, Attorneys for
                                                                                 Petitioner, John C. Vernile