UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. VERNILE, ) | Case No. 2:22-civ-02599-SVW-PVC |
| Petitioner, ) ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| PACIFICA FOUNDATION, INC., a ) California nonprofit corporation, ) | |
| Defendant. ) | |

The parties each filed cross-motions for summary judgment pursuant to FRCP 56. Petitioner's motion (Dkt. #50) sought confirmation of the arbitration award (Exhibit C to Dkt. #1) which is the subject matter of this action. Defendant's motion (Dkt. #47) sought vacatur of the arbitration award. Both motions asserted that no genuine issue of material fact existed and that they are each entitled to summary judgment as a matter of law. The parties submitted moving memoranda and supporting declarations with exhibits. Subsequently, the parties submitted opposing memoranda with supporting declarations with exhibits.

The court, having been fully briefed, GRANTS petitioner's motion for summary judgment and DENIES Defendant's motion for summary judgment. (Dkt. #60)

/////

/////

/////

**IT IS ORDERED:**

(1) The Final Arbitration Award (Exh. C, Dkt. #1) is CONFIRMED; and

(2) The Court enters judgment in favor of Petitioner, John C. Vernile, and against defendant, Pacifica Foundation, Inc., a California nonprofit corporation, for $300,000, together with pre-judgment interest at the rate of 3.48% per annum and post-judgment interest at the rate of 3.48% per annum and such costs as are allowable by law pursuant to FRCP. 54(d)(1).

Date: September 16, 2022

_____
JUDGE OF THE UNITED STATES DISTRICT COURT