MATTHEW B. LEARNED (SBN 255499)
For Purpose Law Group, LLP
408 Nutmeg Street
San Diego, CA 92103
Tel.: 619-780-3839
Fax: 619-780-2451
learned@forpurposelaw.com
Attorneys for Respondent

ARTHUR Z. SCHWARTZ
Advocates for Justice, Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007
Tel.: 212-285-1400
Fax: 212-285-1410
aschwartz@afjlaw.com
Attorneys for Respondent, *Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------------X

**JOHN C. VERNILE,**

          **Petitioner,**

vs.

**PACIFICA FOUNDATION, INC., a California nonprofit corporation,**

          **Defendant.**

------------------------------------------------------------X

**Case No. 2:22-cv-02599**

**<u>NOTICE OF APPEAL</u>**

    Respondent Pacifica Foundation, Inc., appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this matter on September 16, 2022, and from all Orders addressed in the Judgment, including but not limited to the September 13, 2022 Order Granting the Motion for Summary Judgment and Denying the Motion to Vacate Arbitrator's Award.

Dated: October 7, 2022

MATTHEW B. LEARNED (SBN 255499)
For Purpose Law Group, LLP

*Matthew Learned*

408 Nutmeg Street
San Diego, CA 92103
Tel.: 619-780-3839
Fax: 619-780-2451
learned@forpurposelaw.com

ARTHUR Z. SCHWARTZ
Advocates for Justice, Chartered Attorneys

*Arthur Z. Schwartz*

225 Broadway, Suite 1902
New York, NY 10007
Tel.: 212-285-1400
Fax: 212-285-1410
aschwartz@afjlaw.com
ATTORNEYS FOR RESPONDENT

///
///
///
///