|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 23 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN C. VERNILE,

        Petitioner-Appellee,

v.

PACIFICA FOUNDATION, INC., a California nonprofit corporation,

        Respondent-Appellant.

No.   22-55938

D.C. No. 2:22-cv-02599-SVW-PVC
Central District of California,
Los Angeles

ORDER

Before:  S.R. THOMAS and CLIFTON, Circuit Judges.

    Appellant's opposed motion for injunctive relief (Docket Entry No. 15) is denied. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). To the extent appellant requests a stay of the district court's judgment or to stay the seizure of funds, the request is denied as moot.

    The existing briefing schedule remains in effect.

MKS/MOATT